# IN THE SUPREME COURT OF THE STATE OF NEVADA

ISAAC GEORGE; AND JARQUAN
TIFFITH; XIAOJING ZHANG, AN
INDIVIDUAL; XIAOXIN YANG, AN
INDIVIDUAL,

        Petitioners,

        vs.

THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
TIMOTHY C. WILLIAMS, DISTRICT
JUDGE,

        Respondents,

        and

ANABEL SARABIA, AS AN
INDIVIDUAL AND ADMINISTRATRIX
AND PERSONAL REPRESENTATIVE
OF THE ESTATE OF ANGELINA
ERIVES; ANALBEL SARABIA, ON
BEHALF OF DAYANARA ERIVES, A
MINOR CHILD; ALBERTO SARABIA,
JR. AND ANABEL SARABIA ON
BEHALF OF BELLA ROSE SARABIA, A
MINOR CHILD; ALBERTO SARABIA,
JR., AN INDIVIDUAL; TRADITIONS
HOMEOWNERS ASSOCIATION, A
NEVADA NON-PROFIT
CORPORATION; NICKLIN
COMMUNITY MANAGMENT
SERVICES, LLC, A NEVADA
CORPORATION; ONE PLATINUM
INC., D/B/A PLATINUM ONE REALTY
& PROPERTY MANAGEMENT, A
NEVADA CORPORATION; MICHAEL
MAYS PROPERTIES, LLC, D/B/A
PLATINUM ONE REALTY &
PROPERTY MANAGEMENT, A
NEVADA LIMITED LIABILITY

No. 82396

FILED

APR 16 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

21-10983

COMPANY; MICHAEL T. MAYS, D/B/A
PLATINUM ONE REALTY &
PROPERTY MANAGEMENT, A
NEVADA SOLE PROPRIETORSHIP;
AND THE STATE OF NEVADA,
                    Real Parties in Interest.

## ORDER DISMISSING PETITION

This is an original petition for a writ of mandamus. Petitioners Isaac George and Jarquan Tiffith have filed a notice of withdrawal of writ petition. Therein, they assert that the petition has become moot due to settlement agreements. Petitioners Xiaojing Zhang and Xiaoxin Yang, who filed a joinder to the petition, have not filed an objection or other response to the notice. The notice of withdrawal is treated as a motion to voluntarily withdraw the petition and granted. This petition is dismissed.

It is so ORDERED.

_____, C.J.

cc:     Hon. Timothy C. Williams, District Judge
        Law Offices of Andrea L. Luem
        Sgro & Roger
        Karen A. Connolly, Ltd.
        Messner Reeves LLP
        Wright Marsh & Levy
        Law Office of Gary P. Sinkeldam APC
        Claggett & Sykes Law Firm
        Olson, Cannon, Gormley, & Stoberski
        Hutchison & Steffen, LLC/Las Vegas
        Clark County District Attorney
        Eighth District Court Clerk